UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| SHAUN CAMPBELL | * | CIVIL ACTION NO. 11-01358 |
| | * | |
| VERSUS | * | RULE 9(h) ADMIRALTY |
| | * | |
| CHET MORRISON CONTRACTORS, L.L.C. | * | JUDGE HAIK |
| | * | MAGISTRATE JUDGE HILL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Rule 26(a)(3) PRETRIAL DISCLOSURES ON BEHALF OF CHET MORRISON CONTRACTORS, L.L.C.**

COMES NOW, Chet Morrison Contractors, L.L.C., who submits its Pretrial Disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure.

**(i) The name and, if not previously provided, the address and telephone number of each witness--separately identifying those the party expects to present and those it may call if the need arises;**

Shaun Campbell

Larry Hively

John Allsbrooks

Richard Jones

Jean Jetton

Gregory Plain

David Fulton

John Richardson

Lloyd Lee

John DeBlieux

Freddie Hebert

Bernie Breaux

Terry Overland

Dr. John Grimes

Dr. Kenneth J. Boudreaux, Ph.D. and/or Dan M. Cliffe, CPA and/or J. Stuart Wood, Ph.D.

Dr. Jonathan M. Shults

Dr. Joseph Serio

Any witness listed by Plaintiff

**(ii) the designation of those witnesses whose testimony the party expects to present by deposition and if not taken stenographically, a transcript of the pertinent parts of the deposition; and**

Dr. Donald Faust

Mike McNeil, PT, DTP, ATC (in person or by deposition)

Casey Waguespack

**(iii) an identification of each document or other exhibit, including summaries of other evidence--separately identifying those items the party expects to offer and those it may offer if the need arises.**

Chet Morrison Contractors, LLC's Incident Report Form dated 22 October 2010

Chet Morrison Contractors, Inc.'s Daily Time Tickets

Chet Morrison Contractors, Inc.'s Daily Progress Reports

Chet Morrison Contractors, Inc.'s Condensed Activity Reports

Chet Morrison Contractors, Inc.'s JSA Hazard Checklist/Worksheets

Chet Morrison Contractors, Inc.'s Personnel Transfer Permit Sheets

Chet Morrison Contractors, Inc.'s Partial Pipeline Abandonment and New Pipeline Installation Procedure "Phase II"

Specifications for Chet Morrison's DSV JOANNE MORRISON

Chet Morrison Contractors, Inc.'s Personnel on Board the SSV JOANNE MORRISON

Certificate of Inspection for JOANNE MORRISON

Chet Morrison Contractors, Inc.'s Check History Listing for Plaintiff for 2008, 2009, & 2010

Chet Morrison Contractors, Inc.'s Personnel File for Plaintiff

Chet Morrison Contractors, Inc.'s Employee Statement Form for Plaintiff dated 22 October 2010

Chet Morrison Contractors, Inc.'s Monthly/Annual Expense Form for Plaintiff

Certificate of Release or Discharge from Active Duty of the Navy dated 13 June 2008 with attached copy of Arizona State Drivers License

Association of Diving Contractors (ADC) International's Commercial Diver Log Book for Plaintiff from 27 November 2007 to 28 August 2010

Income Tax Returns for Plaintiff for 2008-2010

Certified Education Records from Commercial Diving Academy for Plaintiff

Chet Morrison Contractors, Inc.'s Job Description for a Dive Tender

Chet Morrison Contractors, Inc.'s Job Description for a Diver

Chet Morrison Contractors, Inc.'s Safety Policies & Guidelines for Rigging Equipment for Material Handling

Chet Morrison Contractors, Inc.'s Revised Diving Safe Operations Manual Last Revised June 2010

Chet Morrison Contractors, Inc.'s Health Safety, & Environmental Handbook

Color Photos of Platform Risers

Exemplar of hammer wrench

Exemplar of pneumatic wrench

Exemplar of nuts and all thread

List of indemnity payments to Shaun Campbell and payments to medical facilities

Four pictures drawn by Shaun Campbell at deposition

Recorded Telephone Statement of Shaun Campbell Taken by Bernie Breaux on 3 January 2011

Work Order Between Chet Morrison Contractors, LLC and Maritech Resources, Inc. Re: East Cameron Block 328 C Platform Pipeline Installation dated 30 June 2010 With Attached Exhibits

Plaintiff's Social Security Administration Itemized Statement of Earnings (produced via correspondence dated 5 April 2012

Plaintiff's military records from the Department of the Navy (produced via correspondence dated 3 May 2012)

Ten color photos of the East Cameron 328 B taken by Bryan E. Leger (attached)

Twenty color photos of the East Cameron 328 B taken by Terry Overland (attached)

DVD of Video taken by Kirby Coppedge for the time period 14-18 April 2012 (attached)

DVD of still photos from video taken from April 2012 video prepared by Reynolds Investigations (attached)

Medical, billing and/or radiological records of Department of Veteran Affairs

Medical, billing and/or radiological records of Naval Medical Center-San Diego

Medical, billing and/or radiological records of Triton Diving Services, LLC

Deposition transcript of Shaun Campbell taken on 6 January 2012, with exhibits and/or documents attached thereto

Deposition transcript of Larry Hively taken on 18 January 2012, with exhibits and/or documents attached thereto

Deposition transcript of John Allsbrooks taken on 23 January 2012, with exhibits and/or documents attached thereto

Deposition transcript of Richard Jones taken on 24 February 2012, with exhibits and/or documents attached thereto

Any and/or all depositions taken in this matter, with exhibits and/or documents attached thereto

Any and/or all depositions which have yet to be taken in this matter, with exhibits and/or documents attached thereto

Shaun Campbell's prior and post employment, education, medical, radiology, pharmaceutical, Social Security, Income Tax and unemployment benefit records yet to be received

Pleadings filed by the parties hereto

Responses to discovery requests filed by the parties hereto

Any and all expert reports with exhibits and/or documents attached thereto prepared with regard to this matter

Any charts, drawings, diagrams, photographs, etc. which may be used and/or prepared in connection with the testimony of any person who may testify on deposition or at trial

Any exhibit for impeachment purposes

Any exhibit, document, data and tangible thing identified and/or produced during discovery and/or listed by any other party

Respectfully submitted,

KRAFT GATZ LLC

BY: ______________________________

Ralph E. Kraft, ID 7918
F. Douglas Gatz Jr., ID 16934
Bryan E. Lege, ID 26378
600 Jefferson Street, Suite 410
Lafayette, LA 70501
337.706.1818
337.706-1828 - Fax

Attorneys for Chet Morrison Contractors, L.L.C.

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following and/or the foregoing was sent to the following via facsimile and/or first class mail to any non-CM-ECF participant:

James P. Ryan
Morrow, Morrow, Ryan & Bassett
P.O. Drawer 1787
Opelousas, LA 70571-1787

Lafayette, Louisiana, this 4th day of May 2012.

______________________________
Ralph E. Kraft