UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| SHAUN CAMPBELL | * | CIVIL ACTION NO. 11-01358 |
| | * | |
| VERSUS | * | RULE 9(h) ADMIRALTY |
| | * | |
| CHET MORRISON CONTRACTORS, L.L.C. | * | JUDGE HAIK |
| | * | MAGISTRATE JUDGE HILL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION IN LIMINE

MAY IT PLEASE THE COURT:

The deadline for plaintiff's submission of plaintiff's expert reports was set by this Honorable Court for 27 January 2012. After the Scheduling Order deadline for plaintiff's expert reports of 27 January 2012, and after the discovery deadline of 26 February 2012, plaintiff's treating physician, Dr. Mark Mellinger, issued a letter addressed "To Whom It May Concern:" dated 28 February 2012, providing various opinions.

In addition to the above, Dr. Mellinger, on 17 April 2012, provided a report setting forth various recommendations, particularly in respect of a new procedure, and opinions.

The opinions in the 17 April 2012 report, clearly come well beyond the deadline for submission of plaintiff's expert reports and the entry of the Pre-Trial Order on 20 March 2012.

In conjunction with, and consistent with the court's instruction at the telephone conference held on Friday, 11 May 2012, these expert opinions as set forth in the 28 February 2012

report of Dr. Mellinger and the 17 April 2012 report of Dr. Mellinger should be excluded, and Dr. Mellinger should be precluded from testifying with respect to any opinions generated after the deadline for submission of plaintiff's expert reports, and the submission of the Pre-Trial Order of 20 March 2012. The opinion letter of 28 February 2012 was generated by Dr. Mellinger on 28 February 2012, almost one month after the deadline for plaintiff's submission of his expert reports and after the expiration of the discovery deadline.

Plaintiff also produced an expert opinion from Dr. John C. Hildenbrand providing various opinions with respect to Shaun Campbell's work capabilities. This report from Dr. Hildenbrand, which is undated, was only first sent to counsel for defendant, Ralph E. Kraft, on 8 March 2012. (See attached hereto as Exhibit A correspondence to Ralph E. Kraft from James Ryan dated 8 March 2012.) Dr. Hildenbrand's expert opinion report was only first provided to counsel for defendant, Chet Morrison Contractors, L.L.C., on 8 March 2012, after the deadline for plaintiff's submission of expert information/reports, and after the discovery deadline of 26 February 2012. This report and all opinions therein should also be excluded, as well as all expert testimony related to any opinions generated after these deadlines.

FOR THE REASONS set forth above, defendant, Chet Morrison Contractors, LLC, respectfully requests this Honorable Court

exclude all reports of Dr. Mark Mellinger and Dr. John Hildenbrand generated after the deadline for submission of plaintiff's expert reports of 27 January 2012 and the discovery deadline of 26 February 2012 and all expert testimony of Dr. Mark Mellinger and Dr. John Hildenbrand, based upon activities conducted after the date for submission of expert reports set forth in the Scheduling Order, as they were not timely filed as set forth in the Joint Plan for Extension of Scheduling Order Deadlines dated 30 November 2011, and in accordance with the 9 January 2012 Minute Entry wherein all deadlines set forth in the Joint Plan for Extension of Scheduling Order Deadlines dated 30 November 2011 remain the same.

KRAFT GATZ LLC

BY: ______________________________
Ralph E. Kraft, ID 7918
F. Douglas Gatz Jr., ID 16934
Bryan E. Lege, ID 26378
600 Jefferson Street, Suite 410
Lafayette, LA 70501
337.706.1818

Attorneys for Chet Morrison Contractors, L.L.C.

**CERTIFICATE OF SERVICE**

I do hereby certify that on this the 15th day of May 2012, a true and correct copy of the foregoing pleading was served on the following counsel of record by Federal Express:

James P. Ryan
Morrow, Morrow, Ryan & Bassett
324 West Landry Street
Opelousas, LA 70571

______________________________
Ralph E. Kraft
F. Douglas Gatz, Jr.